IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MAURICE GERELL BROUGHTON,    )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:20cv840-MHT
                             )           (WO)
DR. WEST (Dentist),          )
                             )
     Defendant.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(2) This lawsuit is dismissed without prejudice for plaintiff's failures to prosecute this action and comply with the orders of this court.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of February, 2021.

                                  /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE